UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**UNITED STATES OF AMERICA**                          **CASE NO.  1:25-CR-00229**

**-vs-**                                                              **JUDGE DRELL**

**JOSEPH J WILTON**                          **MAGISTRATE JUDGE PEREZ-MONTES**

---

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 34), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of Defendant Joseph J. Wilton is hereby ACCEPTED, and he is fully adjudged guilty of the offense charged in the Indictment, consistent with the Report and Recommendation.

THUS DONE AND SIGNED at Alexandria, Louisiana this ____ day of April 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**